# ELECTRONIC RECORD

COA # 03-12-00809-CR          OFFENSE: 22.021

STYLE: Alejandro Munoz v. The State of Texas          COUNTY: Hays

COA DISPOSITION: AFFIRMED          TRIAL COURT: 428th District Court

DATE: 11/14/14          Publish: NO    TC CASE #: CR-11-0443

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Alejandro Munoz v. The State of Texas          CCA #: 1620-14

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 03/18/2015          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD